# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 24-1001**

**September Term, 2025**

**USTC-8391-18W**

**Filed On:** September 9, 2025

In re: Sealed Case,

**BEFORE:** Srinivasan, Chief Judge; Henderson and Garcia, Circuit Judges

# UNDER SEAL OPINION NOT AVAILABLE TO THE PUBLIC